IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-01382-LTB-MEH         Date:   October 18, 2007
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom C203**

---

RONALD SIMPSON,                                  Randal R. Kelly
KELLY THOMAS, for himself,
KELLY THOMAS, as next friend for Tyler Thomas,

    Plaintiffs,

vs.

AMERICAN BANKERS INSURANCE                       Kerri J. Atencio
COMPANY OF FLORIDA and
ASSURANT SOLUTIONS,

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **9:21 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding the named defendant Assurant Solutions.

Argument and discussion regarding Defendant American Bankers Insurance Company's Motion to Vacate Case Management Conference (Doc. #40, filed 10/3/07).

**ORDERED:**  1.  Defendant American Bankers Insurance Company's Motion to Vacate Case Management Conference (Doc. #40, filed 10/3/07) is GRANTED in part and DENIED in part, as specified on the record. The Court will not postpone the exchange of Rule 26(a)(1) disclosures.

           2.  Counsel shall exchange Rule 26(a)(1) information on or before **October 25, 2007.**

      3.      The Court will allow discovery on the issue of arbitration as stated on the record.  The discovery shall be completed by **December 3, 2007.**

      4.      A Status Conference is set for **December 18, 2007, at 9:15 a.m.**  Counsel may appear by telephone at the hearing and are directed to conference together and then contact that Court at (303)844-4507 at the time of the hearing.

Argument and discussion regarding Defendant American Bankers Insurance Company's Motion for Forthwith Discovery Hearing (Doc. #42, filed 10/3/07).

**ORDERED:**  Defendant American Bankers Insurance Company's Motion for Forthwith Discovery Hearing (Doc. #42, filed 10/3/07) is GRANTED to the extent it seeks a hearing only.  If additional relief is being sought, a separate motion must be filed requesting such relief.

**Court in recess:**      10:00 a.m.  **(Hearing concluded)**
**Total time in court:**  0:39