IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01382-LTB-MEH

RONALD SIMPSON and
KELLY THOMAS, for himself and as parent and next friend of TYLER THOMAS,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and
ASSURANT SOLUTIONS, d/b/a ASSURANT CLAIMS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2007.**

    Defendants' Motion for Partial Reconsideration of Order Granting Motion to Vacate Case Management [sic] Conference [<u>filed October 19, 2007; doc #54</u>] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.