IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01382-LTB-MEH

RONALD SIMPSON, and
KELLY THOMAS, for himself and as parent and next friend of TYLER THOMAS,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and
ASSURANT, INC. d/b/a ASSURANT SPECIALTY PROPERTY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2007.**

    Plaintiff's Motion to Compel Discovery [filed December 7, 2007; doc #82] is **stricken** for failure to comply with the certification requirements of Fed. R. Civ. P. 37(a)(2) and D.C. Colo. LCivR 7.1(A). The duty to confer under these rules requires an attempt to "secure the [requested discovery] without court action." Fed. R. Civ. P. 37(a)(2)(A) (2007). Here, the Plaintiffs' counsel merely notified Defendants' counsel of his intent to file the Motion, which is insufficient under the rules.

    Also, counsel for the parties are reminded of the requirements of D.C. Colo. LCivR 10.1(J).