IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01382-LTB-MEH

RONALD SIMPSON, and
KELLY THOMAS, for himself and as parent and next friend of TYLER THOMAS,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and
ASSURANT, INC. d/b/a ASSURANT SPECIALTY PROPERTY ,

    Defendants.

---

**ORDER ON MOTION TO COMPEL INSURANCE CLAIM FILE DISCLOSURES**

---

Plaintiffs have moved to compel disclosure of the entire claim file relating to the underlying claim in this case (docket #67). The Motion to Compel has been referred to this Court, and oral argument would not materially assist the Court. In response to the Motion, Defendants make the plain and unambiguous statement that " the claim file is complete and . . . *no* documents have been withheld from the claim file." Response at 2 (emphasis in original). By this statement, Defendants' counsel represents, as an officer of the Court, (1) that she understands the scope of the Plaintiffs' request, (2) that to her knowledge the "claim file" is complete and not lacking any documents (*i.e.*, any document in Defendants' possession, custody or control that someone with knowledge of the facts of this case would reasonably expect to be in claim file is in such file), and (3) that there are no other documents in Defendants' possession, custody or control (either electronic or hard copy) that should be in a claim file (such as the log about which Plaintiffs speak) but that have been omitted from the claim file. The Court accepts counsel's representation at face value. Absent some evidence from Plaintiffs (other than surmise) that Defendants' representations are false, the Court has no basis to

enter any order requiring production. The Court has had prior dealings with Defendants' counsel and believes that she understands the potential consequences of any misrepresentations.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiffs' Motion to Compel Insurance Claim File Disclosures [filed November 7, 2007; doc #67] is **denied**. Dated at Denver, Colorado, this 18th day of December, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge