# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01382-LTB-MEH

RONALD SIMPSON, and
KELLY THOMAS, for himself and
as Parent and Next Friend of Tyler Thomas,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and
ASSURANT SOLUTIONS, d/b/a ASSURANT CLAIMS,

    Defendants.

_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion for Stay Pending Completion of Mediation Conference (Doc 97 - filed January 25, 2008) is **GRANTED**.

Dated: January 28, 2008
_____