IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01382-LTB-MEH

RONALD SIMPSON and
KELLY THOMAS, for HIMSELF and AS PARENT AND NEXT
FRIEND OF TYLER THOMAS

      Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and
ASSURANT SOLUTIONS, d/b/a ASSURANT CLAIMS

      Defendants.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Case With Prejudice (Doc 99 - filed March 13, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: March 14, 2008